ACCEPTED
15-25-00116-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/13/2025 2:15 PM
CHRISTOPHER A. PRINE
CLERK



## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
(512) 936-1700
8/13/2025 2:15:45 PM
Eric.Abels@oag.texas.gov
CHRISTOPHER A. PRINE
Clerk

ERIC S. ABELS
Assistant Attorney General

August 13, 2025

**Via File&Serve Texas**

Christopher A. Prine, Clerk of Court
Fifteenth Court of Appeals

    **Re:   No. 15-25-00116-CV;** ***Ken Paxton v. Delia Garza***

Dear Mr. Prine:

I am writing to advise the Court of my withdrawal for Appellants Ken Paxton, in his official capacity as Attorney General for the State of Texas, and the Office of the Attorney General for the State of Texas, in the above referenced case, as I am leaving my employment with the Office of the Attorney General. Principal Deputy Solicitor General William Cole will remain as lead counsel in the above-referenced case.

        Respectfully submitted.

        /s/ Eric S. Abels

        Eric S. Abels
        Assistant Attorney General

cc: all counsel of record (via E-file)

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Eric Abels
Bar No. 24136687
nancy.villarreal@oag.texas.gov
Envelope ID: 104331687
Filing Code Description: Letter
Filing Description: 20250813 Garza Del 152500116CV Eric Abels_Attorney Withdrawal_Final
Status as of 8/13/2025 2:22 PM CST

Associated Case Party: Harris County

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Christopher Garza | 24078543 | christopher.garza@harriscountytx.gov | 8/13/2025 2:15:45 PM | SENT |
| Jonathan Fombonne | 24102702 | jonathan.fombonne@harriscountytx.gov | 8/13/2025 2:15:45 PM | SENT |
| Tiffany Bingham | 24012287 | tiffany.bingham@harriscountytx.gov | 8/13/2025 2:15:45 PM | SENT |
| Andrea Mintzer | | andrea.mintzer@harriscountytx.gov | 8/13/2025 2:15:45 PM | SENT |
| Andrea Mintzer | | andrea.mintzer@harriscountytx.gov | 8/13/2025 2:15:45 PM | SENT |
| Bradely W.Snead | | snead@wrightclosebarger.com | 8/13/2025 2:15:45 PM | SENT |

Associated Case Party: JoseP.Garza

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Cynthia Veidt | 24028092 | cynthia.veidt@traviscountytx.gov | 8/13/2025 2:15:45 PM | SENT |
| Christina Sanchez | 24062984 | christina.sanchez@epcounty.com | 8/13/2025 2:15:45 PM | SENT |
| Leslie W.Dippel | | leslie.dippel@traviscountytx.gov | 8/13/2025 2:15:45 PM | SENT |

Associated Case Party: Ken Paxton, in his Official Capacity as Attorney General of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| William FCole | | William.Cole@oag.texas.gov | 8/13/2025 2:15:45 PM | SENT |
| Jacob Beach | | Jacob.Beach@oag.texas.gov | 8/13/2025 2:15:45 PM | SENT |
| Ben Mendelson | | Ben.Mendelson@oag.texas.gov | 8/13/2025 2:15:45 PM | SENT |
| Eric Abels | | Eric.Abels@oag.texas.gov | 8/13/2025 2:15:45 PM | SENT |
| William H. Farrell H.Farrell | | bill.farrell@oag.texas.gov | 8/13/2025 2:15:45 PM | ERROR |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Eric Abels
Bar No. 24136687
nancy.villarreal@oag.texas.gov
Envelope ID: 104331687
Filing Code Description: Letter
Filing Description: 20250813 Garza Del 152500116CV Eric Abels_Attorney Withdrawal_Final
Status as of 8/13/2025 2:22 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 8/13/2025 2:15:45 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 8/13/2025 2:15:45 PM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 8/13/2025 2:15:45 PM | SENT |
| Leslie W. Dippel | | Leslie.Dippel@traviscountytx.gov | 8/13/2025 2:15:45 PM | SENT |
| Todd A. Clark | | Todd.Clark@traviscountytx.gov | 8/13/2025 2:15:45 PM | SENT |
| Jonathan G.C. Fombonne | | Jonathan.Fombonne@harriscountytx.gov | 8/13/2025 2:15:45 PM | SENT |
| Tiffany S. Bingham | | Tiffany.Bingham@harriscountytx.gov | 8/13/2025 2:15:45 PM | SENT |
| Christopher Garza | | Christopher.Garza@harriscountytx.gov | 8/13/2025 2:15:45 PM | SENT |
| Justin C. Pfeiffer | | jpfeiffer@gavrilovlaw.com | 8/13/2025 2:15:45 PM | SENT |
| Christina Sanchez | | Ch.sanchez@epcountytx.gov | 8/13/2025 2:15:45 PM | SENT |
| Bernardo Rafael Cruz | | b.cruz@epcountytx.gov | 8/13/2025 2:15:45 PM | SENT |
| C. RobertHeath | | bheath@bickerstaff.com | 8/13/2025 2:15:45 PM | SENT |
| Randy T. Leavitt | | randy@randyleavitt.com | 8/13/2025 2:15:45 PM | SENT |
| Joshua Woods | | woods@wrightclosebarger.com | 8/13/2025 2:15:45 PM | SENT |
| Bradley W.Snead | | snead@wrightclosebarger.com | 8/13/2025 2:15:45 PM | SENT |
| Michael Adams-Hurta | | hurta@wrightclosebarger.com | 8/13/2025 2:15:45 PM | SENT |
| Cynthia W.Veidt | | cynthia.veidt@traviscountytx.gov | 8/13/2025 2:15:45 PM | SENT |
| William H. Farrell | | bill.farrell@oag.texas.gov | 8/13/2025 2:15:45 PM | ERROR |
| Cynthia W. Veidt | | Cyntia.Vedt@traviscountytx.gov | 8/13/2025 2:15:45 PM | ERROR |
| Alexandria Oberman | | aoberman@milchev.com | 8/13/2025 2:15:45 PM | SENT |
| Michael J. Statin | | mstatin@milchev.com | 8/13/2025 2:15:45 PM | ERROR |
| Laura G. Ferguson | | lferguson@milchev.com | 8/13/2025 2:15:45 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Eric Abels
Bar No. 24136687
nancy.villarreal@oag.texas.gov
Envelope ID: 104331687
Filing Code Description: Letter
Filing Description: 20250813 Garza Del 152500116CV Eric Abels_Attorney Withdrawal_Final
Status as of 8/13/2025 2:22 PM CST

Case Contacts

| Laura  G. Ferguson | | lferguson@milchev.com | 8/13/2025 2:15:45 PM | SENT |
|---|---|---|---|---|
| Amy Pollock | | amy.pollock@traviscountytx.gov | 8/13/2025 2:15:45 PM | SENT |

Associated Case Party: Dallas County Criminal District Attorney John Cruezot

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Alexandria Oberman | | aoberman@milchev.com | 8/13/2025 2:15:45 PM | SENT |
| Katharine Tafuri | | ktafuri@milchev.com | 8/13/2025 2:15:45 PM | SENT |
| Alexandria Oberman Oberman | | aoberman@milchev.com | 8/13/2025 2:15:45 PM | SENT |
| Michael J.Satin | | msatin@milchev.com | 8/13/2025 2:15:45 PM | SENT |
| Laura G.Ferguson | | lferguson@milchev.com | 8/13/2025 2:15:45 PM | SENT |

Associated Case Party: Delia Garza

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Leslie W.Dippel | | leslie.dippel@traviscountytx.gov | 8/13/2025 2:15:45 PM | SENT |

Associated Case Party: El Paso County District Attorney James Montoya

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Bernardo Cruz | | b.cruz@epcountytx.gov | 8/13/2025 2:15:45 PM | SENT |
| Melissa Contreras | | m.contreras@epountytx.gov | 8/13/2025 2:15:45 PM | SENT |
| Isela Baeza | | i.baeza@epcountytx.gov | 8/13/2025 2:15:45 PM | SENT |
| Isela Jones | | carl.jones@epcountytx.gov | 8/13/2025 2:15:45 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Eric Abels
Bar No. 24136687
nancy.villarreal@oag.texas.gov
Envelope ID: 104331687
Filing Code Description: Letter
Filing Description: 20250813 Garza Del 152500116CV Eric Abels_Attorney Withdrawal_Final
Status as of 8/13/2025 2:22 PM CST

Associated Case Party: El Paso County District Attorney James Montoya

| Isela Jones | | carl.jones@epcountytx.gov | 8/13/2025 2:15:45 PM | SENT |
|---|---|---|---|---|
| Pamela Lopez | | Pam.Lopez@epcountytx.gov | 8/13/2025 2:15:45 PM | SENT |

Associated Case Party: El Paso County Attorney Christina Sancez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Bernardo Cruz | | b.cruz@epcountytx.gov | 8/13/2025 2:15:45 PM | SENT |

Associated Case Party: El Paso County

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Bernardo Cruz | | b.cruz@epcountytx.gov | 8/13/2025 2:15:45 PM | SENT |

Associated Case Party: Bexar County Criminal District Attorney Joe Gonzales

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Alexandria Oberman | | aoberman@milchev.com | 8/13/2025 2:15:45 PM | SENT |
| Michael J. Satin | | msatin@milchev.com | 8/13/2025 2:15:45 PM | SENT |

Associated Case Party: Dallas County

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Alexandria Oberman | | aoberman@milchev.com | 8/13/2025 2:15:45 PM | SENT |